James Harold REDMOND, Appellant,

v.

The STATE of Texas, Appellee.

No. 37836.

Court of Criminal Appeals of Texas.

Feb. 24, 1965.

———◆———

No attorney of record on appeal for appellant.

Henry Wade, Dist. Atty., Frank Watts, John Vance, Tom Reese and W. John Allison, Jr., Asst. Dist. Attys., Dallas, and Leon B. Douglas, State's Atty., Austin, for the State.

MORRISON, Judge.

The offense is robbery by firearms; the punishment, 10 years.

No statement of facts accompanies the record.

Appellant's motion for continuance which was overruled by the court cannot be ap-praised because no statement of facts on the hearing on the motion is before us. We cannot accept the allegations in the motion as proof of such fact. Cartwright v. State, 158 Tex.Cr.R. 344, 255 S.W.2d 878.

The proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.